**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-4217**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JARON REEVEY,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William D. Quarles, Jr., District Judge. (1:02-cr-00146-WDQ)

Submitted:  October 25, 2006        Decided:  November 7, 2006

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

G. Godwin Oyewole, Washington, D.C., for Appellant.  Rod J. Rosenstein, United States Attorney, Christine Manuelian, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jaron Reevey appeals the district court's order denying his motion for a new trial based on a witness's affidavit purporting to recant her trial testimony. Reevey argues that the district court abused its discretion in denying the motion without holding an evidentiary hearing. We have reviewed the record and find no abuse of discretion and no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Reevey</u>, No. 1:02-cr-00146-WDQ (D. Md. Feb. 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>